**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Kevin DILDY, Defendant—Appellant.**

No. 05–7574.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 15, 2005.

Decided Dec. 22, 2005.

Kevin Dildy, Appellant Pro Se.

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kevin Dildy appeals the district court's order dismissing his request to appoint counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Dildy,* No. CR–00–8 (E.D.Va. July 29, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.